IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEAN BEER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY | : | NO. 20-1486 |
| | : | |

ORDER

AND NOW, this 25th day of January, 2021, it is hereby ORDERED that the **TELEPHONIC** settlement status conference scheduled for **Thursday, January 28, 2021, at 4:00 P.M.** (Doc. No. 29), is **CANCELLED.**

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE