IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEAN BEER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY | : | NO.  20-1486 |
| | : | |

ORDER

AND NOW, this 26th day of January, 2021, IT IS HEREBY ORDERED that a supplemental settlement conference will be held on **TUESDAY, FEBRUARY 2, 2021, at 9:30 A.M.** before the undersigned in Chambers, Room 3038, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Until further notice, all settlement conferences will be conducted remotely, by video if possible, and counsel will receive instructions in advance of the conference. The following are required to attend the conference: (1) the senior attorney in charge of the matter for each of the parties, (2) **the parties themselves,** or if a corporation, an official of the corporation with full settlement authority, (3) representatives with full settlement authority of all insurance carriers or other entities responsible for paying any portion of a settlement.

Each party is directed to submit to Chambers (via email at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov) a **brief supplemental confidential** settlement memorandum, updating the court on the status of discovery, further settlement discussions, or any other matter relevant to the settlement of the case.

Counsel are directed to email the settlement memorandum to Chambers not later than **FRIDAY, JANUARY 29, 2021, at 12:00 P.M.** The document is **not** to be shared with opposing counsel nor filed of record.  This is for Judge Hey's eyes only.  Counsel are encouraged to attach particularly relevant trial exhibits to their submissions.  If such exhibits are lengthy, the relevant portions should be delineated.  Counsel are also directed to exchange their current settlement offer/demand prior to the conference.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE