**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEAN BEER,**  *Plaintiff,*  v.  **MONTGOMERY COUNTY,**  *Defendant.* | **Case No. 2:20-cv-01486-JDW** |

## ORDER

**AND NOW,** this 2nd day of February, 2021, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b).  Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.